## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-14372-MAM; ADV 20-01142-MAM

IN RE::
**ROBERT J. MOCKOVIAK and
SANDRA H. MOCKOVIAK, DEBTORS**

For:
Barry P. Gruher, Esq.
GENOVESE, JOBLOVE, ET AL.
200 East Broward Blvd
#1110
Ft. Lauderdale, FL 33301

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 30th day of December, 2020 at 2:31 pm to be served on **MEDTRONIC PLC, 710 MEDTRONIC PKWY, MINNEAPOLIS, MN 55432**.

I, J.R. WALLACE, do hereby affirm that on the **4th day of January, 2021** at **3:30 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)** with my initials; identification number; the date and hour of service endorsed thereon by me, to: **CHRISTINA OLUND C/O CORPORATION SERVICE COMPANY** as **LITIGATION MANAGEMENT REPRESENTATIVE FOR CSC** at the address of: **2345 RICE STREET, SUITE 230, ST PAUL, MN 55113**, who stated they are authorized to accept service for **MEDTRONIC PLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made. Under penalty of perjury, I declare the facts contained herein are true and correct.

*JRWallace*

**J.R. WALLACE**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2020003967

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t