UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re

ROBERT J. MOCKOVIAK andChapter 11
SANDRA H. MOCKOVIAK,

Case No. 20-14372-MAM

Debtors.
_____/

ROBERT J. MOCKOVIAK andAdv. Pro. No. 20-01142-MAM
SANDRA H. MOCKOVIAK,

Plaintiffs,
v.

LQD BUSINESS FINANCE, LLC, a
Delaware Limited Liability Company, LQD
LOANS TWO, LLC, a Delaware Limited
Liability Company, and GEORGE SOURI,
an Individual,

Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, Robert J. Mockoviak and Sandra H. Mockoviak, and Defendants, LQD Business Finance, LLC, LQD Loans Two, LLC and George Souri, by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as made applicable herein pursuant to Rule 7041, of the Federal Rules of Bankruptcy Procedure, hereby jointly stipulate to the dismissal with prejudice of the above-captioned adversary proceeding pending in this Court pursuant to the terms of the October 30, 2024 Settlement Agreement, Mutual Release and Covenant Not to Sue, with each side to bear its own attorney's fees and costs.

Dated: February 18, 2025

| | |
|---|---|
| **SALAZAR LAW, LLP** | **VENABLE LLP** |
| *Counsel for Plaintiffs, Robert J. Mockoviak and Sandra H. Mockoviak* | *Counsel for Defendants, LQD Business Finance, LLC, LQD Loans Two, LLC and George Souri* |
| 2121 S.W. 3rd Avenue, Suite 200 | 200 East Broward Blvd, Suite 1110 |
| Miami, Florida 33129 | Fort Lauderdale, Florida 33301 |
| Phone: (305) 374-4848 | Telephone: (954) 453-8000 |
| Facsimile: (305) 397-1021 | Facsimile: (954) 453-8010 |
| Email: Luis@Salazar.Law | Email: bpgruher@venable.com |
| Email: Ceide@Salazar.Law | Email: jbisenberg@venable.com |

By: */s/ Luis Salazar*  
    Luis Salazar, Esq.  
    Florida Bar No. 147788  
    Jose Ceide, Esq.  
    Florida Bar No. 15937

By: */s/ Barry P. Gruher*  
    Barry P. Gruher, Esq.  
    Florida Bar No. 960993  
    Joseph B. Isenberg, Esq.  
    Florida Bar No. 1018077

**GRAFF SILVERSTEIN, LLP**
*Counsel for Defendants, LQD Business Finance, LLC, LQD Loans Two, LLC and George Souri*
3 Middle Patent Road
Armonk, NY 10504
Telephone: (212) 381-6055
Email: dgraff@graffsilversteinllp.com
Email: msilverstein@graffsilversteinllp.com

By: */s/ David Graff*  
    David Graff, Esq.  
    New York Bar No. 4705281  
    Matthew Silverstein, Esq.  
    New York Bar No. 4744942

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail, postage pre-paid, as indicated thereon.

                      By:  /s/ Luis Salazar
                             Luis Salazar

## SERVICE LIST

*Electronic Notice List:*

- **Joyce Adriana Delgado**   jadelgado@venable.com, cascavone@venable.com;jnunez@venable.com;ipmalcolm@venable.com;bsilva@venable.com;imalcolm@ecf.courtdrive.com
- **Barry P Gruher**   bpgruher@venable.com, ipmalcolm@venable.com;jbisenberg@venable.com;cascavone@venable.com;bsilva@venable.com;imalcolm@ecf.courtdrive.com
- **Eric D Jacobs**   edjacobs@venable.com, btraina@venable.com,btraina@ecf.courtdrive.com,tpetrie@venable.com;imalcolm@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com
- **Glenn D Moses**   gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jnunez@venable.com;imalcolm@ecf.courtdrive.com
- **Luis Salazar**   Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law

*Manual Notice List:*

David Graff, Esq.
Matthew Silverstein, Esq.
Graff Silverstein LLP
3 Middle Patent Road
Armonk, NY 10504